## IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION THREE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | No. 33048-6-III |
| Respondent, | ) | |
| | ) | ORDER AMENDING OPINION |
| v. | ) | |
| | ) | |
| JONATHAN M. HAAG, | ) | |
| | ) | |
| Appellant. | ) | |

IT IS ORDERED the opinion filed April 27, 2017, is amended as follows:

In the last sentence on page seven, "Mr. Graham" shall be replaced with "Mr.

Haag."

PANEL: Judges Korsmo, Siddoway and Pennell

FOR THE COURT:

GEORGE FEARING
Chief Judge